UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL J. SIMMS, ) | |
| ) | |
| Petitioner, ) | CASE NO. C06-1255-RSL |
| ) | |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| REED HOLTGEERTS, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

The Court, having reviewed petitioner's § 2254 habeas petition, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2254 habeas petition is DENIED, and this action is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to petitioner and to the Hon. Monica J. Benton.

DATED this 2nd day of November, 2006.

_MNT S Lasnik_
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
Page - 1